## MOTION AND PROCEDURAL RULINGS

**2010–0780.  In re Messmer.**
Wyandot App. No. 16–09–17, 2010-Ohio-1088. This cause is pending before the court as an appeal from the Court of Appeals for Wyandot County. Upon consideration of appellant's motion for leave to file appendix and supplement to brief under seal,
    It is ordered by the court that the motion is granted.

**2010–1983.  Cleveland Taxpayers for Ohio Constitution v. Cleveland.**
Cuyahoga App. No. 94327, 2010-Ohio-4685. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of the motion for admission pro hac vice of Timothy R. Carraher and Christopher R. Clark by Kathleen M. Trafford,
    It is ordered by the court that the motion is granted.

## MEDIATION REFERRALS

    The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–1909.  State ex rel. Grossenbacker v. Indus. Comm.**
Franklin App. No. 09AP–779, 2010-Ohio-4265.

**2010–1969.  Huntington Natl. Bank v. Dixon.**
Cuyahoga App. No. 93604, 2010-Ohio-4668.

**2010–2029.  State ex rel. Data Trace Information Sys., L.L.C. v. Cuyahoga Cty. Recorder.**
In Mandamus.

**2010–2065.  State ex rel. Tindira v. Ohio Police & Fire Pension Fund.**
Franklin App. No. 09AP–1049, 2010-Ohio-5078.

**2010–2067.  State ex rel. Waiters v. Szabo.**
Cuyahoga App. No. 94599, 2010-Ohio-5249.

**2010–2078.  State ex rel. Lutz v. Brilliant Water & Sewer Dist. Bd. of Trustees.**
In Mandamus.
    The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1535.  State ex rel. Cinergy Corp./Duke Energy v. Heber.**
Franklin App. No. 09AP–964, 2010-Ohio-3484.

**2010–1641.  State ex rel. McCaffrey v. Mahoning Cty. Bd. of Commrs.**
In Mandamus.

**2010–1642.  State ex rel. McCaffery v. Mahoning Cty. Prosecuting Attorney.**
In Mandamus.